UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY V. MAESTAS,<br><br>             Plaintiff,<br><br>      v.<br><br>C.S.A.T.F PRISON,<br><br>             Defendant. | Case No. 1:23-cv-00419-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 7) |

Randy Maestas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  On March 21, 2023, Plaintiff filed an application to proceed *in forma pauperis*.  (ECF No. 2).  On March 22, 2023, Plaintiff's application was granted.  (ECF No. 5).  On April 17, 2023, Plaintiff filed a second application to proceed *in forma pauperis*.  (ECF No. 7).

As the Court granted Plaintiff's first application to proceed *in forma pauperis,* Plaintiff's second application (ECF No. 7) is DENIED as moot.

IT IS SO ORDERED.

Dated:  **April 17, 2023**                              /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE